# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, ) ) ) Petitioner, ) ) v. ) ) GRAHAM REAL ESTATE DEVELOPMENT, LLC, ) ) ) Respondent. ) | Case No. 25-cv-3871<br><br>Honorable John J. Tharp, Jr. |

## ORDER ON DEFAULT JUDGMENT

Pending before this Court is Petitioner, Philadelphia Indemnity Insurance Company's Motion for Default Judgment as to Respondent, Graham Real Estate LLC (Dkt. 9), the motion having been granted (Dkt. 11, 12), due notice having been given, and the Court having personal jurisdiction over the parties and subject matter jurisdiction over the dispute pursuant to 28 USC 1332(a)(1), the Court hereby orders as follows:

(1) A default judgment in favor of Petitioner, Philadelphia Indemnity Insurance Company and against Respondent, Graham Real Estate LLC is hereby entered as to the Petition (Dkt. 1);

(2) The Court appoints Dan R. Parker of JS Held to serve as the umpire in the pending property insurance appraisal of this matter; and

(3) Judgment is entered accordingly in favor of Petitioner, Philadelphia Indemnity Insurance Company and against Respondent, Graham Real Estate LLC.

SO ORDERED:

Dated: August 6, 2025

John J. Tharp, Jr.
United States District Judge